United States District Court
Southern District of New York

| | |
|---|---|
| Ms. July Justine Shelby, Petitioner, <br><br> v. <br><br> Warden James Petrucci, Federal Correctional Institution Otisville New York, United States Bureau of Prisons, President Donald J. Trump. Respondents, et al | April 15, 2020 <br><br><br> Cause No. 20-cv-3233 |

## EMERGENCY WRIT of Habeas Corpus

Comes now Petitioner, July Justine Shelby, (Hereinafter "Ms Shelby") Pro se, and prays to the Honorable Court for immediate relief from her suffering. Without the sought after relief Ms. Shelby fears for her health, saftey and life.

### Back Ground

Ms. Shelby is a 55 year old transgender female who asserts through a seperate action in this Court that she is illegally detained in a male prison facility in spite of her sentencing Court's Recommendation she be placed in a Federal Women's Medical Facility.

1

That action is currently stalled in this Court.

Ms. Shelby is currently isolated in a quarantine cell having contracted Covid 19 from an unidentified source though she has had no outside contact or contact with other inmates since April 10, 2020 with the exceptions of SHU staff who regularly failed to follow PPE rules and the three male inmates she was forced to share cells with while in the SHU on unsubstantiated and false conduct allegations put forward by a male staff member for and in retaliation for her making a sexual harressment complaint under the Prison Rape Elimination Act of Congress.

Ms. Shelby has a 2015 diagnosis of Emphysema/Copd which as an underlying condition has enhanced her danger in contracting Covid 19 from indifferent prison staff.

Ms. Shelby suffers from Gender Dysphoria which the Respondents have collectively adopted a freeze frame approach to treatment. She continues to be neglected by medical staff in light of her current ill health in that she is not being treated for this virus and is left to

2

suffer alone, in silence in a stripped cell. Mr Shelby has requested her personal property repeatedly, including personal hygiene items, supplimental food items, legal work and writing materials. All has been refused to her and but for the discrete kindness of a porter she would not be able to perfect this writ.

Ms. Shelby is denied the offender grievance process and access to the Courts as recently as April 15, 2020 at 12:50 pm when she asked Warden Petrucci for her property, legal work and mail access. Mr. Petrucci stated that "this" was his decision, it applies to everyone and he was not going to change it."

Ms Shelby has suffered retaliation by staff while housed within the BOP on several occasions due to her gender status and believes the system wide discrimination against transgenders and her specifically will not improve in the current political environment due to the bias' of Respondent Trump and his minions. Ms. Shelby will continue to be harassed, persecuted and discriminated against as long as she is in the custody of the Respondents.

3

## QUESTIONS of Constitutional LAW

Petitioner Prays the Honorable Court will recognise that she is being denied access to the Law Library, her legal papers and the Courts by Respondents which makes it all but impossible to do research, write and cite case law in her action.

Ms. Shelby is citing Civil Rights and Constitutional Violations including but not Limited to:

1) 8th Amendment Cruel and Unusual Punishment for isolating her, refusing to allow her access to medical care and Access to the Courts.

2) 1st Amendment Freedom of Speech, Association for denying her access to public mail and telephones.

3) 14th Amendment Due Process for denying access to the Courts and redress of Grievances.

4) Any other Constitutional Right violation not cited herein which may affect her.

4

5) Violation of the Prison Rape Elimination Act (Hereinafter known as PREA) for not once but twice allowing custody staff to retaliate against her for lodging complaints of sexual assault and harrassment by staff.

## RELIEF SOUGHT

1) Petitioner is in a most precarious state in that she is not certain her petitions will reach the Court's view. She fears swift and severe retaliation from Respondents when they learn of this Writ of Habeas Corpus and therefore Prays for immediate protection from retribution by Respondents through a Protective Order banning them from removing her from the Court's jurisdiction as Respondents have a habit of doing.

2) Petitioner requests the Court appoint an advocate to act as an emmisary of the Court to ensure Ms Shelby remains at FCI Otisville and is secure from retaliation from staff. This Order shall remain in effect until final disposition of this case.

3) Because Ms. Shelby is being denied access to the Courts and is in legal as well as mortal peril she begs the Court to appoint her Counsel to represent her throughout this process.

4) Ms. Shelby prays for immediate release from Federal Custody so that her medical treatment can be adequately addressed and her safety and security will not be jeopardized by Respondents actions or lack there of.

5) Should Respondents choose in the Interests of Justice, they could release Petitioner to either community supervision or probation to allow her to persue and obtain legitimate Medical and Social services Respondents are unwilling to provide.

6) Alternativly Respondents can redesignate Ms. Shelby to a Female Medical Facility in line with the US District Court 7th Circuit recommendation and provide her with real and meaningful medical care and safe, unbiased treatment as a female inmate.

For all other relief the Honorable Court deems just, necessary and proper in these claims.

Further Petitioner Sayeth Not.

Respectfully Submitted

July Justine Shelby, Pro se
Reg # 15472-028.

*[signature]*

4/15/2020

7

Dear Pro Se Clerk     4/15/2020

At great risk I am submitting the enclosed Writ of Habeus Corpus. My health is precarious currently and I fear waiting to file this for fear I may expire.

I beg you for understanding and leniency in accepting my hand written motions and pray you waive any fees incurred as I am indigent and know Responders will not provide me necessary documentation or checks.

I am unable to make copies or send multiple filings so I pray this will find me relief. God Bless You and Good Health.

*Jody Shelley*

Please return me a file stamped copy as I am unable to make them in isolation.

15472-028
July Shelby
Pob 1000 TWO MILE DR
Otisville, NY 10963
United States

15472-028
U S/Dst Ct New York Southern
500 Pearl ST
Pro se Office Rm 230
NEW YORK, NY 10007
United States

Legal Mail
Writ of Habeas Corpus

10007-133099