```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JULY JUSTINE SHELBY,                                           :
                                                               :
                              Petitioner,                      :
                                                               :        20-CV-3233 VSB)
               -against-                                       :
                                                               :
                                                               :        **ORDER**
WARDEN J. PETRUCCI,                                            :
                                                               :
                              Respondent.                      :
                                                               :
---------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I recently accepted 20-CV-3233 as related to 19-CV-2020. I have examined the petition in 20-CV-3233, which was filed pursuant to 28 U.S.C. § 2241, and seeks release from custody or transfer in part due to Petitioner recently contracting COVID-19. It is hereby,

ORDERED that:

(1) The United States Attorney for the Southern District of New York is directed to file a letter response to Petitioner's request for emergency relief related to her medical condition and medical care on behalf of Respondent within 7 days of the date of this Order.

(2) With regard to the remaining claims asserted in the Petition, the United States Attorney for the Southern District of New York is directed to file an answer, motion, or other pleading to the petition on behalf Respondent within 60 days of the date of this Order.

(3) Respondent shall not transport Petitioner to another facility without seeking guidance from the Court unless it is to receive medical treatment.

(4) Respondent shall annex as exhibits to its response any documents that are adverted to if not already contained in the record. Any factual assertions must be set forth in an affidavit or declaration, except those for which transcript or other record citations are provided.

(5) A memorandum of law must accompany the submission. The memorandum must contain a fact section that includes citations for all statements of fact—whether to a transcript, other record document, the affidavit or declaration, or a document annexed thereto.

(6) Petitioner may file a reply, if any, to the Government's letter related to Petitioner's medical condition and medical treatment within 3 days from the date she is served Respondent's letter.

(7) Petitioner may file a reply, if any, to the Government's response to Petitioner's other claims within 30 days from the date she is served with Respondent's papers related to those claims.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, the petition, and all other papers in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated: April 29, 2020
       New York, New York

Vernon S. Broderick
United States District Judge