UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JULY JUSTINE SHELBY,                                        :
                                                            :
                            Plaintiff,                      :
                                                            :       19-CV-2020 (VSB)
            -against-                                       :       20-CV-3233 VSB)
                                                            :
                                                            :
WARDEN J. PETRUCCI,                                         :       **ORDER**
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  I am in receipt of the Government's letter response to petitioner's request that Ms. Shelby be housed in the female facility at MDC while awaiting transfer to ultimate female facility. The Government represents that the MDC does not have space available in its segregated housing unit for female inmates and that transfer to another segregated housing unit at a different female facility would likely result in a delay in effectuating her ultimate transfer.

  While I recognize the urgency of moving Ms. Shelby to a female facility, I also recognize the logistical challenges posed by such an undertaking to the BOP and the Government. It is hereby

  ORDERED that petitioner's request to transfer Ms. Shelby to the female facility at MDC while awaiting transfer to her final is DENIED.

  IT IS FURTHER ORDERED that the original deadlines set out in my November 7, 2022 remain in effect. The Government is ORDERED to transfer Ms. Shelby out of MDC Brooklyn on or before November 14, 2022 and to the designated female facility on or before November 30, 2022.


SO ORDERED.

Dated: November 10, 2022
      New York, New York

_____
Vernon S. Broderick
United States District Judge